STATE OF NORTH CAROLINA v. WILLIAM DOUGLAS CONNARD

No. 459A86

(Filed 7 April 1987)

APPEAL by the state pursuant to N.C.G.S. § 7A-30(2) from a decision by a divided panel of the Court of Appeals, 81 N.C. App. 327, 344 S.E. 2d 568 (1986), ordering a new trial in case number 85CRS8429 on defendant's appeal from a judgment entered at the 23 July 1985 session of Superior Court, GASTON County, *Judge Robert D. Lewis* presiding. Heard in the Supreme Court 10 February 1987.

*Lacy H. Thornburg, Attorney General, by John F. Maddrey, Assistant Attorney General,* for the state appellant.

*Dolley and Warshawsky, by Steve Dolley, Jr.,* for defendant appellee.

PER CURIAM.

At trial defendant in case number 85CRS8429 was convicted and sentenced for the felonious possession of stolen property, a violation of N.C.G.S. § 14-71.1. The Court of Appeals, after concluding that certain evidence offered against defendant in this case was the product of an unconstitutional search and seizure and that the trial court erred in denying defendant's motion to suppress this evidence, ordered a new trial.

The decision of the Court of Appeals is

Affirmed.

Justice WEBB did not participate in the consideration or decision of this case.